**David L. DOMINGUEZ, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

No. 2009–3046.

United States Court of Appeals,
Federal Circuit.

Oct. 13, 2009.

Arthur G. Vega, Law Office of Arthur G. Vega, of San Antonio, Texas, argued for petitioner.

L. Misha Preheim, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel was Elizabeth A. Holt, Trial Attorney. Of counsel on the brief was Jessica S. Johnson, Attorney, Office of the General Counsel, Office of Personnel Management, of Washington, DC.

MAYER, LINN, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.